UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH WATERMAN, an individual,

                Plaintiff,

-against-

MENTALIZER, LLC, New York limited liability company; EHUD SEGEV, an individual; and DOES 1 through 10,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/29/2022_

22 Civ. 6309 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 29, 2022, the Court directed the parties to file their joint letter and proposed case management plan by September 27, 2022. ECF No. 9. These submissions are now overdue. Accordingly, by **October 6, 2022**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: September 29, 2022
       New York, New York

ANALISA TORRES
United States District Judge